IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FERNANDO MONTANEZ RODRIGUEZ                                          PLAINTIFF

v.                            Civil No. 12-5230

LT. LARA; DEPUTY TORRES (female deputy);
and ROBERT KYLE REEVES (inmate)                                      DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se*. At the time he filed the case, Plaintiff was an inmate of the Benton County Detention Center (BCDC).

The *in forma pauperis* (IFP) application filed with the complaint was incomplete. On October 22, 2012, an order (Doc. 3) was entered directing the Plaintiff to submit a completed IFP application by November 5, 2012. Plaintiff was advised that if he failed to return the completed IFP application or pay the $350 filing fee by November 5, 2012, the complaint would become subject to summary dismissal for failure to obey an order of the Court.

Additionally, in order to assist the Court in deciding whether the complaint should be served on Defendants, Plaintiff was directed to complete, sign the attached addendum to his complaint, and return the same to the Court by November 5, 2012. Plaintiff was again advised that if he failed to return the addendum his case would be subject to summary dismissal.

On October 26, 2012, materials sent to the Plaintiff including the IFP application, the addendum questionnaire, and the order (Doc. 3) were returned to the Court as undeliverable with the notation that Plaintiff was no longer incarcerated at the BCDC. No other address is available

to the Court. Plaintiff has not contacted the Court since he filed his complaint on October 22, 2012. I therefore recommend that this case be dismissed based on Plaintiff's failure to prosecute this action and his failure to keep the Court advised of his current address. Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

Dated this 4th day of December 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE