```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

FERNANDO MONTANEZ RODRIGUEZ                                    PLAINTIFF

              v.             Civil No. 12-5230

LT. LARA; DEPUTY TORRES (female deputy);
and ROBERT KYLE REEVES (inmate)                                DEFENDANTS

### ORDER

Now on this 7TH day of January, 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #5), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #5) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed on the grounds that plaintiff has failed to prosecute this action and failed to keep the Court advised of his current address.** *See* **Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas**.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE